UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| RANDAL N. WIIDEMAN, #22306 | ) ) ) | |
| Plaintiff, | ) ) | 3:11-cv-00154-ECR-VPC |
| vs. | ) ) ) | **SCREENING ORDER** |
| STATE OF NEVADA, *et al.*, | ) ) | |
| Defendants. | ) / | |

This is a prisoner civil rights action. Plaintiff has also filed a motion for preliminary injunction (docket #10).

Plaintiff, who is incarcerated at Ely State Prison ("ESP"), has sued the State of Nevada, the Nevada Department of Corrections ("NDOC") and NDOC former Director Howard Skolnik. While here plaintiff sues a different defendant, the courts notes that his claims directly relate to the claims he has set forth in 3:11-cv-00062-ECR-RAM, in which his complaint was dismissed with leave to file an amended complaint.

Accordingly, this action is dismissed as duplicative. If plaintiff files an amended complaint in 3:11-cv-00062-ECR-RAM, he must include all of his claims related to the allegedly inadequate amount of food provided to disciplinary segregation inmates at ESP.

1  With respect to plaintiff's motion for preliminary injunction (docket #10), the court notes
2  that plaintiff alleges that he has received food that lacks adequate nutrition and calories to maintain
3  health while in disciplinary segregation from November 2009 to present. Accordingly, plaintiff has not
4  set forth any emergent factual allegations warranting the extraordinary relief of a preliminary injunction
5  in this duplicative action.

6  **IT IS THEREFORE ORDERED** that the Clerk of Court shall detach and **FILE** the
7  complaint (docket #1-2).

8  **IT IS FURTHER ORDERED** that this action is **DISMISSED** with prejudice.

9  **IT IS FURTHER ORDERED** that the Clerk of Court **shall file** a copy of this order in
10  WIIDEMAN V. STATE, 3:11-cv-00062-ECR-RAM.

11  **IT IS FURTHER ORDERED** that plaintiff's motion to strike 11th Amendment
12  Defendants (docket #3) and motion for preliminary injunction (docket #10) are **DENIED** as moot.

13  **IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close
14  this case.

DATED this 28th day of March 2011.

_Edward C. Reed._
UNITED STATES DISTRICT JUDGE

2