~~AO 450 (Rev. 5/85) Judgment in a Civil Case~~

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

RANDAL N. WIIDEMAN #22306,

    Plaintiff,   JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER: **3:11-00062-ECR-RAM**

STATE OF NEVADA, et al.,

    Defendants.

____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is DISMISSED WITHOUT PREJUDICE.

May 18, 2011                               **LANCE S. WILSON**
Date                                                Clerk

                                             /s/   M. Campbell
                                                  Deputy Clerk